

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-14-00907-CV

**IN RE SEGREST SALTWATER RESOURCES, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

On January 12, 2015, relator filed a motion for reconsideration en banc in this original proceeding. On April 2, 2015, relator filed an unopposed motion to dismiss this mandamus proceeding pursuant to the parties' settlement agreement and dismissal of the underlying litigation. Accordingly, relator's motion for reconsideration en banc is DENIED and the unopposed motion to dismiss this original proceeding is GRANTED.

It is so **ORDERED** on April 10, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-06-0426-CVA, styled *Segrest Saltwater Resources, LLC v. Pyote Water Systems, LLC; Pyote Water Systems II, LLC; Pyote Water Systems III, LLC; Pyote Water Solutions, LLC; Pyote Well Service, LLC; H.H. "Trip" Wommack III; George J. Wommack; Petro Waste Environmental, LLC; Petro Waste Environmental LP; and Josh Haislip*, pending in the 218th Judicial District Court, Atascosa County, Texas, the Honorable Stella Saxon presiding.